1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRIGHT EYE MOVERS AND CLEANERS, LLC, a Pennsylvania limited liability company,<br><br>            Defendant. | Case No. 8:24-cv-002656-JDE<br><br>[Assigned to the Hon. John D. Early]<br><br>**JUDGMENT**<br><br>Complaint Filed:   December 6, 2024 |

# JUDGMENT

Based on the Order Granting the Motion of Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") for Default Judgment (Dkt. 19) and Federal Rules of Civil Procedure Rule 55(b)(2),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter in favor of Balboa and against defendant Bright Eye Movers and Cleaners, LLC, a Pennsylvania limited liability company ("Defendant") in the total amount of $85,392.16 which is a sum of the following:

    a. Compensatory damages of $75,310.87;

    b. Total combined prejudgment interest of $4,928.86; and

    c. Attorneys' fees and costs of $5,142.43.

2. The Clerk is directed to enter this Judgment forthwith.

DATED: July 2, 2025

JOHN D. EARLY
United States Magistrate Judge